**Exhibit A to the Complaint**

**Location:** Vero Beach, FL

**Total Works Infringed:** 47

**IP Address:** 67.191.9.89

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | EEC012B6737740B2FF6D3514F2EA7591330C41AE | 03/22/2026 21:08:51 | Vixen | 03/18/2026 | 03/24/2026 | PA0002575263 |
| 2 | 66b953b22945c13fffbe7fd98829ce074ba922f5 | 04/02/2026 22:19:02 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 3 | 3580B4438EA3C1B449C397302959C17709166A47 | 03/21/2026 00:34:52 | Vixen | 03/08/2026 | 03/24/2026 | PA0002575213 |
| 4 | 56FA3E7A1985AA1143D18519093641F3BB26D0DE | 03/05/2026 21:30:31 | Wifey | 01/31/2026 | 02/04/2026 | PA0002565317 |
| 5 | 6341F00BB0BEC5E26D3B3FB6CD78D3C70DE89B16 | 03/05/2026 21:15:46 | Wifey | 09/06/2025 | 09/16/2025 | PA0002551023 |
| 6 | 1F4150F068C8C9FA0AB79689E619A04681BD932E | 03/05/2026 21:01:20 | Wifey | 07/12/2025 | 07/22/2025 | PA0002541693 |
| 7 | 1E7FE4039B90908BDBB2A03E59D907992DE3E103 | 03/05/2026 20:59:50 | Wifey | 10/04/2025 | 11/26/2025 | PA0002554951 |
| 8 | 0D03C1A1A780946AAF3EF849780579E354504309 | 03/05/2026 20:59:23 | Wifey | 01/17/2026 | 01/26/2026 | PA0002563043 |
| 9 | FD43787C0D111AB2570CC7FB024294F0F010A53C | 03/05/2026 20:58:25 | Wifey | 02/28/2026 | 03/09/2026 | PA0002572160 |
| 10 | 612AB8AD42E3AB7830CBF252B68BC4EE54EAD482 | 03/02/2026 22:18:26 | Wifey | 04/05/2025 | 04/23/2025 | PA0002527229 |
| 11 | 81139BBDEFBBAEACF29C84945E3232783BB0DA57 | 02/25/2026 00:34:02 | Wifey | 04/19/2025 | 04/23/2025 | PA0002527350 |
| 12 | 45012F2B1F60929A8CBF830BE3CA7B6EA2B180FF | 02/25/2026 00:33:14 | Wifey | 04/26/2025 | 05/21/2025 | PA0002531827 |
| 13 | FCE5A0FBD1CE004167048F86B040B44A75D9C884 | 02/25/2026 00:32:47 | Wifey | 05/24/2025 | 06/10/2025 | PA0002534386 |
| 14 | 1D64AF95F40D70C252953B2DF5947F560F4EFB95 | 02/25/2026 00:26:41 | Wifey | 06/07/2025 | 06/10/2025 | PA0002534377 |
| 15 | A8C83B7DEBAE536825C27CAB272F06898442A499 | 02/25/2026 00:21:18 | Blacked Raw | 12/17/2025 | 01/02/2026 | PA0002558882 |
| 16 | 539BBADCF4B09AD84CCF96BC8730BDB8105F0D59 | 02/25/2026 00:20:40 | Wifey | 02/21/2026 | 03/09/2026 | PA0002572158 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 643D70DCA04B9F570610CC13A567C9969B462C76 | 02/20/2026 03:03:33 | Wifey | 01/24/2026 | 01/28/2026 | PA0002563701 |
| 18 | 71953E7754EC78886187D5FB739ADBCBFF27D232 | 02/20/2026 02:51:40 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 19 | C85575A45A9C555198DBABEA667C0CF18662F661 | 02/20/2026 02:51:08 | Wifey | 02/07/2026 | 02/20/2026 | PA0002568769 |
| 20 | B694D0194B2E7F1387725625CA7AE6B739F860D8 | 02/20/2026 02:47:49 | Wifey | 12/20/2025 | 01/02/2026 | PA0002558852 |
| 21 | 04f316d2bdc9177cf7f76863b300c32db5eaa645 | 02/20/2026 02:28:31 | Wifey | 02/14/2026 | 02/20/2026 | PA0002568770 |
| 22 | 70C01FD0FDD7511D2CA1AFC5320E2447FA245D3A | 02/20/2026 01:48:53 | Wifey | 03/22/2025 | 04/23/2025 | PA0002527267 |
| 23 | d07fce81eb4557e725b5e70b5695e3824bd3d395 | 11/29/2025 03:07:48 | Blacked | 08/20/2022 | 08/29/2022 | PA0002367733 |
| 24 | 5a66b14ec1fee8f55ba9414bf263aecf26bc5e61 | 11/29/2025 02:27:50 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 25 | 41173c5f7359a9fc9f286d56caa3585a9b525a27 | 11/29/2025 02:24:38 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 26 | 557b5dad5e3cac1ebf7f510d67437f1d01235d11 | 11/29/2025 02:24:15 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 27 | 37843e981f023c4f8a614866482fb097eadb6190 | 11/29/2025 02:22:53 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 28 | 752e7deb87a02334b5649ee1fc8f0d941d627158 | 11/29/2025 02:22:52 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |
| 29 | 22e756ab10195c299d4ef6cde019bc534b8a8e62 | 11/29/2025 02:21:30 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 30 | 2f83ce09b1f20be375c20f1028cd3fbef3813fde | 11/29/2025 02:21:07 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 31 | 8ba41798e33b659c6ab6be1f5970479fc27be064 | 11/29/2025 02:18:31 | Vixen | 11/04/2022 | 12/11/2022 | PA0002384755 |
| 32 | 767eb0f34644976f656842de2cad15ca7f318b95 | 11/24/2025 20:51:01 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 33 | 1a73d8163644ca83e455669951e0582657f422e8 | 11/14/2025 22:07:44 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 34 | d09b0e39b1e94f8f9bee6a068013473911addb60 | 11/14/2025 21:58:40 | Tushy | 10/23/2022 | 10/31/2022 | PA0002377815 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 1018a676073b24eb9a7384e7bf56686079e27b27 | 11/14/2025 21:58:19 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 36 | 3350ad6ed2ecd3f20ca9bfab853a3ced164589b0 | 11/14/2025 21:53:24 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 37 | 025477e817fdad26e20e85603dcec00d1bd5da68 | 11/14/2025 21:53:20 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 38 | 9a00dc56773a2daf8a9bfe17c2984a51122fb78e | 11/14/2025 21:53:09 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 39 | d9261d3722c161272619a45a80e6f849b0bc63b5 | 11/14/2025 21:53:04 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 40 | 53dd9da9e0b24b4961098d0683c348309445e260 | 11/14/2025 21:51:23 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 41 | 8964815b3ee407a3ebfecd69c9a66df0efaa05a3 | 11/14/2025 21:49:18 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 42 | 1dc86ada315d581cac72d25bf30b5e5a5a099972 | 11/14/2025 21:49:12 | Vixen | 10/04/2025 | 11/10/2025 | PA0002553386 |
| 43 | 4377d001f4e80bb56fc09eec160d3e44683a7eaf | 11/14/2025 21:48:45 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 44 | 7e55eee7e3d566f74e389aa6262b0b6f4a551118 | 11/14/2025 21:48:40 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 45 | 8031b4a7a5cfcecbc796d4772440bfc5016c11aa | 11/14/2025 21:48:00 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 46 | 7597c80eaed55d7164c40d01ebf6c15de4268ac4 | 11/14/2025 21:46:46 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 47 | 6c639aa8446f7f87521d3f3e65244d3164287f1a | 11/14/2025 21:46:11 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |