**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2:26-cv-14126-DMM**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

Plaintiff,

v.

JOHN DOE subscriber assigned IP address 67.191.9.89 an individual,

Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 67.191.9.89, are voluntarily dismissed with prejudice.

Dated: August 11, 2026

Respectfully submitted,

By: */s/ Christian W. Waugh*

Christian W. Waugh
Waugh PLLC
201 E. Pine Street
Suite 315
Orlando, FL 32801
321-800-6008
Email: cwaugh@waugh.legal